# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFEND OUR FREEDOMS FOUNDATION <br><br> PLAINTIFF(S) <br><br> v. <br><br> CHUCK SCHUMER , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:21–cv–00120–CJC–KES <br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/21/2021 | 2 | REQUEST for summons, civil cover sheet |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

An incorrect event was selected for Document No. 2. The correct event is Civil Cover Sheet (CV–71). You are not required to take any action in response to this notice unless the Court so directs.

Clerk, U.S. District Court

Dated: January 25, 2021        By: /s/ *Luz Hernandez_luz_hernandez@cacd.uscourts.gov*
                                     Deputy Clerk