# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFEND OUR FREEDOMS FOUNDATION<br><br>PLAINTIFF(S)<br><br>v.<br><br>CHUCK SCHUMER , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:21–cv–00120–CJC–KES<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____           ____           ____

Date Filed     Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 25, 2021        By: /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                        Deputy Clerk