NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

DR ORLY TAITZ, ESQ
29839 SANTA MARGARITA, STE 100
RANCHO SANTA MARGARITA, CA 92688
PH 949-683-5411

ATTORNEY(S) FOR: PLAINTIFF-DEFEND OUR FREEDOMS FOUN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEFEND OUR FREEDOMS FOUNDATION | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:21-CV-120 |
| v. | |
| SCHUMER ET AL | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____PLAINTIFF-DEFEND OUR FREEDOMS FOUNDATION_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DONARD J. TRUMP | SUBJECT OF THE CONTROVERSY AT HAND |

01.25.2021
Date

/S/ ORLY TAITZ, ESQ
Signature

Attorney of record for (or name of party appearing in pro per):

DEFEND OUR FREEDOMS FOUNDATION

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES