**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 21-00120-CJC(KESx) Date: January 26, 2021

Title: DEFEND OUR FREEDOMS FOUNDATION V. CHARLES SCHUMER, *ET AL.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Cheryl Wynn
Deputy Clerk

N/A
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF: None Present

ATTORNEYS PRESENT FOR DEFENDANT: None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Dkt. 9]**

On January 21, 2021, Plaintiff Defend our Freedom Foundation filed this action against Defendants Senator Charles Schumer and Vice President Kamala Harris in their official capacities as the Senate Majority Leader and President of the Senate, respectively. (Dkt. 1.) Plaintiff seeks to enjoin the Senate Impeachment Trial of former President Donald Trump. On January 26, 2021, Plaintiff filed a motion for preliminary injunction. (Dkt. 9.)

The Court may issue emergency injunctive relief only if it has personal jurisdiction over the parties and subject matter jurisdiction over the lawsuit. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999) (one "becomes a party, officially, and is required to take action in that capacity, only upon service of summons or other authority-asserting measure stating the time within which the party served must appear to defend"). To serve a United States officer in an official capacity, "a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(3). Plaintiff has not properly served Defendants or the United States with a summons and complaint to provide notice to Defendants of this lawsuit. Because Plaintiff has yet to properly serve Defendants, Defendants have no actual notice, and the Court has no personal jurisdiction over any Defendant at this time. *See Murphy Bros., Inc.*, 526 U.S. at 350.


**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 21-00120-CJC(KESx)

Date: January 26, 2021
Page 2

---

Accordingly, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

jy

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk CW