AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DEFEND OUR FREEDOMS FOUNDATION <br><br> *Plaintiff(s)* <br> v. <br> SENATOR CHUCK SCHUMER IN HIS CAPACITY AS THE SENATE MAJORITY LEADER, VICE PRESIDENT KAMALA HARRIS IN HER CAPACITY OF THE PRESIDENT OF THE SENATE <br><br> *Defendant(s)* | Civil Action No. 8:21-cv-120 CJC(KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kamala Harris
1600 Pennsylvania Ave NW
Washington DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Orly Taitz, ESQ
29839 Santa Margaerita, ste 100
Rancho Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

J. De Buse

Date: January 27, 2021

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:21-cv-120

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kamala Harris**
was received by me on *(date)* **01.27.21**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served by Certified mail at 1600 Pennsylvania Ave NW Washington DC 20006. Additionally served via one day priority express mail at US Attorney, Civil Process Clerk, 300 N. Los Angeles, Ste 7516, LA, CA 90012, additionally copy to Attorney General and copy to usacac.civil_tro notice usdoj.g...

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **01.28.21**

Server's signature

**ORLY TAITZ**
Printed name and title

**29839 Santa Margarita, st 100**
Server's address
**RSM, CA 92688**

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DEFEND OUR FREEDOMS FOUNDATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> SENATOR CHUCK SCHUMER IN HIS CAPACITY AS THE SENATE MAJORITY LEADER, VICE PRESIDENT KAMALA HARRIS IN HER CAPACITY OF THE PRESIDENT OF THE SENATE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 8:21-cv-120 CJC(KESx) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chuck Schumer
322 Hart Senate Office Building
Washington, D.C. 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Orly Taitz, ESQ
29839 Santa Margaerita, ste 100
Rancho Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*J. De Busk*

Date: January 27, 2021

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:21-cv-120

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chuck Schumer

was received by me on *(date)* 01.27.21

☐ I personally served the summons on the individual at *(place)*

on *(date)*, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify)*: Served by certified mail at 322 Hart Senate office, Washington, DC 20510. Additionally served the US Attorney at Civil Process Clerk, US Att office 300 N Los Angeles str ste 7516 LA, CA 90012, copy via usacac.civil-fronotice and copy to Attorney General

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01.27.21

*Server's signature*

ORLY TAITZ
*Printed name and title*

29839 Santa Margarita, ste 100
RSM, CA 92688
*Server's address*

Additional information regarding attempted service, etc:



Add a tracking number

Showing: All



**EE342557433US**

**Delivered:**
LOS ANGELES, CA 90012 on January 28, 2021 at 11:48 am

**Scheduled Delivery by:**
Thursday, January 28, 2021, at 12:00pm

Money Back Guarantee

**Signed for By: F DELAROSA** // LOS ANGELES, CA 90012 // 11:48 am

UPDATED 1/28/2021 12:05 PM

# USPS Priority Mail Express Label

**FROM:**
Only Tajir
29829 Santa Margarita
Ste 100
RSM, CA 92688

**TO:**
Attorney General of US
950 Pennsylvania Ave, NW
Washington DC 20530

Tracking: EJ 276 217 820 US

PO ZIP Code: 92688
Date Accepted: 1-28-21
Scheduled Delivery Date: 1-29-21
12 NOON
Postage: $26.35
Employee Signature: J.A.

PRESS FIRMLY TO SEAL
PRESS FIRM
MAIL EXPRESS
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
To schedule free Package Pickup, scan the QR code
USPS.COM/PICKUP
PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2
UNITED STATES POSTAL SERVICE
PRIORITY MAIL EXPRESS
U.S. POSTAGE PAID
RANCHO SANTA MARGARITA, CA
AMOUNT
$26.35
EJ 276 217 855 US
CUSTOMER USE ONLY
FROM: (PLEASE PRINT)
PHONE ( )
Orly Taitz
29839 Santa Margarita
Ste100
RSM, CA 92688
DELIVERY OPTIONS (Customer Use Only)
SIGNATURE REQUIRED
Delivery Options
No Saturday Delivery (delivered next business day)
Sunday/Holiday Delivery Required (additional fee, where available*)
10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.
TO: (PLEASE PRINT)
PHONE ( )
Kamala Harris,
1600 Pennsylvania Ave NW
Washington DC 20006
ZIP + 4® (U.S. ADDRESSES ONLY)
PAYMENT BY ACCOUNT (if applicable)
ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code
92688
Scheduled Delivery Date (MM/DD/YY)
1-29-21
Postage
$ 26.35
Date Accepted (MM/DD/YY)
1-28-21
Scheduled Delivery Time
12 NOON
Time Accepted
1004
Acceptance Employee Initials
J.A.
DELIVERY (POSTAL SERVICE USE ONLY)
For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.
PEEL FROM THIS CORNER
LABEL 11-B, MARCH 2019
UNITED STATES POSTAL SERVICE



